**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Joel Loose,**

**Plaintiff,**

**v.**

**Packaging Acquisition Corporation, and Lamcor, Inc.,**

**Defendants.**

**Civil No. 00-1601 ( JMR/SRN)**

**ORDER**

---

The above entitled matter came on before the Honorable Susan Richard Nelson, Magistrate Judge of the United States District Court, on January 16, 2001, at 3:30 p.m. at the U.S. Courthouse, Courtroom 230, 316 North Robert Street, St. Paul, Minnesota 55101.

Gary L. Monahan, Attorney at Law, Le Sueur, Minnesota, appeared on behalf of the Plaintiff; Lester Armstrong, Attorney at Law, Cleveland, Ohio, appeared on behalf of the Defendants.

Based upon all the arguments of counsel, upon all the relevant files, records and proceedings herein.

IT IS HEREBY ORDERED:

1. The Plaintiff's Motion to Compel further answers to Interrogatory numbers 6, 7, 8, 9, 12, 16, 19, and 20 and further responses to Request for Production of Documents 2, 5, 6, and 7 is hereby granted. Defendant shall have ten (10) days from the issuance of this Order to provide full and complete Answers to Interrogatories and Responses to Request for Production of Documents. Documents may be produced subject to a confidentiality agreement entered into between the parties.

FILED FEB 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

2. Plaintiff is granted leave to amend Interrogatory number 15 to read as follows:

15. *Disclose the substance of any statements made by the Plaintiff, communicated to others, which are subject to anticipated testimony in this matter, including the names and addresses of the witnesses who will testify to said admissions.*

The Defendant shall have ten (10) days after service of said amended Interrogatory number 15 to provide a full and complete answer to same.

3. Plaintiff is granted leave to amend Interrogatory number 17 to read as follows:

17. *Identify all persons who have made a claim against you in the past five (5) years relating to employees terminated with employment agreements and for each person:*

   a. *State the name, address and phone number of the employee;*

   b. *State the precise reason for each individual's claim and/or termination;*

   c. *State the job classification held by each individual prior to their claim and/or termination;*

   d. *State the disciplinary record of each individual prior to their claim and/or termination; and*

   e. *Describe in detail all lawsuits which arose out of the claim and/or termination including the caption of the case, the date the action was filed, the basis for the claim and the status thereof.*

The Defendant shall have ten (10) days after service of amended Interrogatory number 17 to provide a full and complete answer to same.

4. The Plaintiff's Motion to Compel further answers to Interrogatories 4, 5, 10, 11, 13, 14, 18, and 21 and further responses to Request for Production of Documents 1, 3, 4, 8, and 9 is hereby denied in as much as Defendants' Rule 26 Disclosures shall be considered full and complete answers to said Interrogatories and responses to said Request for Production of Documents.

DATED: February 13, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge