UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1601

| | | |
|---|---|---|
| Joel Loose<br><br>v.<br><br>Packaging Acquisition Corporation et al. | )<br>)<br>)<br>)<br>)<br>) | ORDER |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: April 3rd, 2001

JAMES M. ROSENBAUM
United States District Judge

APR - 4 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK